BURTON
*vs.*
HOFF.

*Caswell,* for the plaintiff.

*Sterrett,* contra.

BURTON *vs.* HOFF.

APPEAL FROM THE COURT OF THE EIGHTH DISTRICT, FOR THE PARISH
OF ST. HELENA, THE JUDGE THEREOF PRESIDING.

The verdict of a jury on mere matters of fact, brought out by the answers
of the parties to interrogatories propounded to each other, will not be
disturbed without good grounds.

This is an action on a promissory note of the defendant,
and an account for moneys laid out and advanced for his

use, amounting to the aggregate sum of three hundred and ninety-two dollars, for which the plaintiff prays judgment.

The defendant admitted his signature to the note, but denied the other allegations, and set up two accounts against the plaintiff for the sum of eight hundred and fifty dollars, in compensation and reconvention.

Interrogatories were propounded to both parties, which brought out answers explaining the respective demands as each of the parties understood them.

The whole was submitted to a jury well acquainted with the respective parties, who returned a verdict for the plaintiff's demand, and rejecting that of the defendant. From judgment confirming this verdict the defendant appealed.

*Davidson*, for the appellant.

*Morphy, J.*, delivered the opinion of the court.

Plaintiff seeks to recover three hundred and ninety-two dollars and sixty cents, being the aggregate amount of defendant's note of hand to his order, and of moneys advanced for account of defendant. The latter admitted his signature, pleaded compensation and reconvened in a sum of eight hundred and fifty dollars, which he averred to be due to him upon a full settlement of his accounts with plaintiff. The verdict of the jury called upon to try this issue was in favor of plaintiff; and defendant, without any attempt to set it aside, has taken this appeal.

The evidence mainly consists of the answers of both parties to interrogatories they have put to each other. They relate to a series of transactions and arrangements which took place between them. A careful perusal of the whole evidence has not enabled us to perceive any thing which makes it our duty to disturb the finding of a jury, who were acquainted with the parties thus made witnesses in their own cause.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.